

# Fourth Court of Appeals
## San Antonio, Texas

March 25, 2014

No. 04-13-00681-CV

**IN THE INTEREST OF O.L.R.M.**, Minor Child,

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-10434
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

The Appellee's Opposed Third Motion to Extend Time to File Brief is GRANTED. The appellee's brief is due on March 27, 2014.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court